# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ON SITE PERSONNEL, LLC | * | |
| | * | |
| v. | * | Civil No. – JFM-13-3700 |
| | * | |
| C-CARE COMPANY LLC, ET AL. | * | |

## MEMORANDUM

Pending are two motions, an amended motion for summary judgment filed by Affable Services, LLC and Sonam Kunga and a motion for summary judgment by C-Care on its counter-claim.

The amended motion for summary judgment filed by Affable Services, LLC and Sonam Kunga will be granted. Plaintiff asserts a claim against these defendants for tortious interference with contract. In order to be liable for that tort, plaintiff must prove five things: (1) existence of a contract between plaintiff and a third party; (2) defendant's knowledge of that contract; (3) defendant's intentional interference with that contract; (4) breach of that contract by third party; and (5) resulting damages to the plaintiff. There is no evidence in the record to show that Affable Services and Kunga were aware of the terms of the contract between plaintiff and C-Care. In any event, assuming that they did have knowledge of the contract, there is no evidence that they intentionally interfered with the contract, that C-Care breached the contract, or that as a result On-Site suffered damages.

C-Care's motion for summary judgment on its counter-claim will be denied. I am not satisfied from the evidence on the summary judgment record that C-Care is entitled to recover

1

for the alleged overpayments it made to On-Site. I am also not satisfied of the amount of the overpayments.

A separate order effecting the rulings made in this memorandum is being entered herewith.


Date: Nov 13 2015

J. Frederick Motz
United States District Judge